UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Johnson**, | Case No. 5:19-cv-03430-BLF |
| Plaintiff, | ~~**[Proposed]**~~ **Order re: Stipulation for Dismissal of Action Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii)** |
| v. | |
| **San K. Panwala,** in individual and representative capacity as trustee of the San K. Panwala and Kusum S. Panwala Living Trust dated August 25, 2016; **Kusum S. Panwala,** in individual and representative capacity as trustee of the San K. Panwala and Kusum S. Panwala Living Trust dated August 25, 2016; **Budget Inn Of Morgan Hill, LLC,** a California Limited Liability Company; and Does 1-10, | |
| Defendants. | |

# ORDER

Having read the foregoing Stipulation and good cause appearing therefore, IT IS HEREBY ORDERED THAT the above-referenced action is dismissed with prejudice in its entirety pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Each side agrees to bear its own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: July 12, 2019

_____
Hon. Beth Labson Freeman
United States District Judge

[Proposed] Order re: Stip to Dismiss